USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**PARASKEVAS BINAKIS,**

                Plaintiff,

- against -

**ROBERT SAKAYAMA, LYNNE SAKAYAMA, and TNG EARTHLING, INC.,**

                Defendants.

19 Civ. 11216 (LLS)

**ORDER**

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated:    New York, New York
            March 18, 2020

                                        Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.